WALTER JOHNSON V. THE STATE.

No. 2701. Decided October 29, 1913.

**Rape—Indictment—Statement of Facts.**

In the absence of a statement of facts and bills of exception, where the indictment, in a case of rape, followed approved precedent, there was nothing to review on appeal.

Appeal from the District Court of Houston. Tried below before the Hon. John S. Prince.

Appeal from a conviction of rape; penalty, twenty years imprisonment in the penitentiary.

The opinion cites the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, PRESIDING JUDGE.—The appellant was indicted and convicted of rape on a girl under fifteen years of age, and his punishment fixed at twenty years in the penitentiary.

There is neither a bill of exceptions nor a statement of facts in this case. In the motion for new trial several grounds of it complain of matters that can only be raised and presented by bill of exceptions; and even if there had been bills, they could not properly be considered without a statement of facts. There are none of the other questions attempted to be raised by the motion for a new trial that can be considered in the absence of a statement of facts. The indictment is good, followed the statute and the approved forms.

The judgment will be affirmed.

*Affirmed.*